# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:  Case No. 07-80769
Chapter 7

CHRISTOPHER WINSOR,

　　　Debtor.

## ORDER DISAPPROVING DEBTOR'S
## REAFFIRMATION AGREEMENT WITH
## USAA FEDERAL SAVINGS BANK

　　　On August 30, 2007, the debtor filed an agreement to reaffirm his debt to USAA Federal Savings Bank. Because in this case there is a presumption that reaffirmation of this debt would result in an undue hardship to the debtor, the matter was set for hearing on September 12, 2007.

　　　In particular, the debtor seeks to reaffirm a $14,444.80 debt owing to this creditor. The debt is secured by a 2006 Seaboss boat. Reaffirmation of the debt would obligate the debtor to pay the creditor $94.65 each month.

　　　The debtor's income is $1,329 per month. His monthly expenses, including the proposed payment on this reaffirmation, total $1,999. Therefore, it is clear that the debtor lacks the financial means to reaffirm this debt. Further, the court notes that this debt is one of luxury and not of necessity for this debtor. This debtor has only recently abated his financial troubles by seeking bankruptcy relief. To allow him to jump back into the fire of financial hardship for a luxury good is improvident. Accordingly, it is

　　　ORDERED that the debtor's reaffirmation of his obligation to USAA Federal Savings Bank is DISAPPROVED.

　　　Done this the 13th day of September, 2007.

　　　　　　　　　　/s/ Dwight H. Williams, Jr.
　　　　　　　　　　United States Bankruptcy Judge

c: Debtor

F. Patrick Loftin, Debtor's Attorney
USAA Federal Savings Bank, Creditor